**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

PETE REYNOSA; PATRICIA
REYNOSA,

    Plaintiffs - Appellants,

 v.

BANK OF AMERICA N.A.; et al.,

    Defendants - Appellees.

No. 12-55861

D.C. No. 8:11-cv-01955-DOC-AN

MEMORANDUM[*]

Appeal from the United States District Court
for the Central District of California
David O. Carter, District Judge, Presiding

Submitted October 14, 2014[**]

Before:  LEAVY, GOULD, and BERZON, Circuit Judges.

 Pete and Patricia Reynosa appeal pro se from the district court's judgment

dismissing their wrongful foreclosure action. We have jurisdiction under 28

U.S.C. § 1291. We review for an abuse of discretion a dismissal for failure to

---

  [*]  This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

  [**]  The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

comply with local rules, *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (per curiam), and we affirm.

The district court did not abuse its discretion in dismissing the action because the Reynosas failed to oppose defendants' motions to dismiss. *See* C.D. Cal. R. 7-9 (requiring the filing of an opposition or statement of non-opposition to a motion to dismiss); C.D. Cal. R. 7-12 (providing that the failure to file any required document may be deemed consent to the granting or denial of the motion); *Ghazali*, 46 F.3d at 53-54 (listing the factors to be weighed before dismissing an action for failure to follow the local rules, affirming dismissal for failure to file opposition to motion to dismiss, and noting that pro se litigants are bound by the rules of procedure).

Because we affirm the dismissal for failure to comply with the local rules, we do not address the Reynosas' contentions concerning the merits of their claims.

**AFFIRMED.**